# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**KATHRYN SHEA SHEWMAKER**                                            **PLAINTIFF**

**V.**                           **CASE NO.: 3:20-CV-3003**

**ANDREW M. SAUL, Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 12th day of February, 2021.

                                                      /s/ Timothy L. Brooks
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE